IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STRIDER ROGNIRHAR,** | Case No. 2:08-CV-00892 LRS |
| Plaintiff, | **ORDER** |
| v. | |
| **N. GRANNIS, et al.,** | |
| Defendants. | |

On May 24, 2013, Defendants filed a request for extension of time to file a responsive pleading, explaining that the documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including July 8, 2013, in which to file a responsive pleading.

Dated: May 30, 2013

*s/Lonny R. Suko*
───────────────────
The Honorable Lonny R. Suko