IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STRIDER ROGNIRHAR,**<br><br>Plaintiff,<br><br>v.<br><br>**N. GRANNIS, et al.,**<br><br>Defendants. | Case No. 2:08-CV-00892 LRS<br><br>**ORDER** |

On May 24, 2013, Defendants filed a request for extension of time to file a responsive pleading, explaining that the documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including July 8, 2013, in which to file a responsive pleading.

Dated: May 30, 2013

*s/Lonny R. Suko*
_____
The Honorable Lonny R. Suko